Argued and submitted January 27, reversed February 19, 1986

## STATE OF OREGON,
*Respondent,*

*v.*

## DOUGLAS PALMER,
*Appellant.*

(CR82-247; CA A33717)

714 P2d 285

Jack L. Schwartz, Portland, argued the cause and filed the brief for appellant.

Terry Ann Leggert, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

The state concedes correctly that the trial court erred in allowing the district attorney to amend the indictment with respect to a matter of substance. *State v. Martinez,* 73 Or App 302, 698 P2d 510 (1985).

Reversed.